

**U.S. Department of Justice**

Criminal Division

*Fraud Section*    17-2606- Garber

1400 New York Avenue, N.W.
Washington, D.C. 20005

March 6, 2017

**VIA HAND DELIVERY**

Re: <u>Grand Jury Investigation</u>

Dear Mr. Wilson:

    This letter is to notify you that you are a target of a grand jury investigation in the Southern District of Florida involving possible violations of federal criminal law. This investigation involves, but is not limited to, violations of Title 18, United States Code, Section 371 (Conspiracy to Defraud the United States and Receive Health Care Kickbacks), Title 42, United States Code, Section 1320a-7b(b)(1)(A) (Receipt of Health Care Kickbacks), and Title 18, United States Code, Section 1956(h) (Conspiracy to Commit Money Laundering).

    If you elect to retain counsel in this matter, please have your attorney contact me. If you believe you are financially unable to hire an attorney, the Court may appoint counsel for you. If this is the case, I encourage you to contact me at the telephone number below for the limited purpose of arranging a hearing before a judicial officer to inquire into your eligibility to have counsel appointed at no cost to you.

    If your counsel does not contact me by Monday March 13, 2017, I will assume that you have elected not to resolve this matter at this time. In that event, the grand jury will consider the facts obtained during the course of this investigation.

    Sincerely,

*/s/ Leslie A. Wright*
Leslie A. Wright
U.S. Department of Justice
Criminal Division, Fraud Section
(202) 794-0378