# MINUTE ORDER

Page 15

## Magistrate Judge Edwin G. Torres

**King Building Courtroom 10-5**          Date: 5.8.17          Time: 2:00 p.m.

Defendant: SYDNEY WILSON          J#: _____   Case #: 17-2606-GARBER

AUSA: Leslie Wright          Attorney: Daniel Ecarius

Violation: TARGET OF INVESTIGATION          Surr/Arrest Date:          YOB:

Proceeding: Report RE: Counsel          CJA Appt: _____

Bond/PTD Held: ○ Yes  ○ No          Recommended Bond: _____

Bond Set at: _____          Co-signed by: _____

☐ Surrender and/or do not obtain passports/travel docs

Language: ENGLISH

☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services
   Treatment as deemed necessary _____

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to: _____

☐ Other: _____

Disposition:

Defendant sworn - AFPD APPOINTED

Time from today to _____ excluded from Speedy Trial Clock

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| Report RE Counsel: | | | | |
| PTD/Bond Hearing: | | | | |
| Prelim/Arraign or Removal: | | | | |
| Status Conference RE: | | | | |

D.A.R. 15:19:15          Time in Court: 5

s/Edwin G. Torres          Magistrate Judge